**Fill in this information to identify your case and this filing:**

Debtor 1      **Joshua**                              **Cornelius**
              First Name          Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name         Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number    **17-20168**
(if known)

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.

**874 CR 461**
Street address, if available, or other description

**Alice**                    **TX**    **78332**
City                         State     ZIP Code

**Jim Wells**
County

**160 Acres**

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?

**$365,000.00**                           **$365,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

☑ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................➔   **$365,000.00**

### Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ☑ Yes

Debtor 1   **Joshua Cornelius** _____   Case number (if known)   **17-20168** _____

| | | | |
|---|---|---|---|
| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Make: | **Chevrolet** | Check one. | |
| Model: | **Suburban** | ☐ Debtor 1 only | |
| Year: | **2013** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **50,000** | ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another | **$30,000.00**        **$30,000.00** |
| Other information: | | | |
| **2013 Chevrolet Suburban (approx. 50000 miles)** | | ☑ Check if this is community property (see instructions) | |

| | | | |
|---|---|---|---|
| 3.2. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Make: | **Ford** | Check one. | |
| Model: | **F-350** | ☐ Debtor 1 only | |
| Year: | **2013** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **200,000** | ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another | **$25,000.00**        **$25,000.00** |
| Other information: | | | |
| **2013 Ford F-350 (approx. 200000 miles)** | | ☑ Check if this is community property (see instructions) | |

| | | | |
|---|---|---|---|
| 3.3. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Make: | **Chevrolet** | Check one. | |
| Model: | **Silverado 3500** | ☐ Debtor 1 only | |
| Year: | **2012** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another | **$20,000.00**        **$20,000.00** |
| Other information: | | | |
| **2012 Chevrolet Silverado 3500** | | ☑ Check if this is community property (see instructions) | |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ☑ Yes

| | | | |
|---|---|---|---|
| 4.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| Make: | **Patriot** | Check one. | |
| Model: | | ☐ Debtor 1 only | |
| Year: | **2002** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Other information: | | ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another | **$25,000.00**        **$25,000.00** |
| **2002 Patriot Mobile Home** | | ☑ Check if this is community property (see instructions) | |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.....................................** ➔   **$100,000.00**

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1    **Joshua Cornelius** _____    Case number (if known)   **17-20168** _____

6.  **Household goods and furnishings**
    _Examples:_ Major appliances, furniture, linens, china, kitchenware

    ☐ No
    ☑ Yes.  Describe.....    **Kitchen:**                                                                      **$7,700.00**
                             **stove, refrigerator, freezer, dishes, pots, pans, misc. household items, misc.**
                             **small appliances**

                             **Utility room:**
                             **washer and dryer**

                             **Dining room:**
                             **dining table and chairs**

                             **Living room:**
                             **couches, chair, coffee table, TV, ET center, rugs, lamps, misc.**

                             **Bedrooms:**
                             **Bedroom 1: bed, TV, chest of drawers**
                             **Bedroom 2: bed, TV, chest of drawers**
                             **Bedroom 3: bed, chest of drawers**

                             **Patio:**
                             **bbq pit; lawn chairs, table**

                             **Garage:**
                             **Misc. small hand tools, garden tools and small garden applinaces, junk**

                             **Estimated garage sale value used**

7.  **Electronics**
    _Examples:_ Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
              music collections; electronic devices including cell phones, cameras, media players, games

    ☐ No
    ☑ Yes.  Describe.....    **Computer**                                                                      **$500.00**
                             **Laptop**
                             **Tablet**

8.  **Collectibles of value**
    _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
              stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

    ☑ No
    ☐ Yes.  Describe.....

9.  **Equipment for sports and hobbies**
    _Examples:_ Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
              canoes and kayaks; carpentry tools; musical instruments

    ☑ No
    ☐ Yes.  Describe.....

10. **Firearms**
    _Examples:_ Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes.  Describe.....    **See continuation page(s).**                                                     **$3,500.00**

11. **Clothes**
    _Examples:_ Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes.  Describe.....    **Men's Clothing**                                                                **$500.00**

Debtor 1    **Joshua Cornelius**                                      Case number (if known)   **17-20168**

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☑ No
☐ Yes. Describe.....                                                            _____

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe.....  **4 Dogs**                                                   $0.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information............                                         _____

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here...................................................................➔  | **$12,200.00** |

| **Part 4:** | **Describe Your Financial Assets** |

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.......................................................................................... Cash: ..........................   $500.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☑ No
☐ Yes............................          Institution name:

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................          Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them..........................   Name of entity:                          % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........................   Issuer name:

Debtor 1    **Joshua Cornelius**           Case number (if known)   **17-20168**

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each
account separately.    Type of account:      Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................      Institution name or individual:

**23. Annuities**   (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................   Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................   Institution name and description.   Separately file the records of any interests.   11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them                      _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them                      _____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
information about them                      _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years......................

Federal: _____

State: _____

Local: _____

Debtor 1  __Joshua Cornelius_____    Case number (if known) __17-20168_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information                                                                    _____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance
company of each policy
and list its value............... Company name:          Beneficiary:          Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information                                                                    _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........                                                                    _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........                                                                    _____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information                                                                    _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................... ➔**  | **$500.00** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

Debtor 1    **Joshua Cornelius** _____    Case number (if known)  **17-20168**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..                                                      _____

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..                                                      _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..                                                      _____

41. **Inventory**

☑ No
☐ Yes.  Describe..                                                      _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                      % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes.  Describe.....                                                   _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here...............................................................** &#10142; | **$0.00** |

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No.  Go to Part 7.
☑ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☐ No
☑ Yes....  **2 Horses**                                                 _____ **$7,500.00**

Debtor 1    **Joshua Cornelius**                                    Case number (if known)  **17-20168**

48.  **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
information................                                                    _____

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☑ Yes....  **New Holland Tractor**                                            **$42,000.00**
           **Bushhog Shredder**
           **Front End Loader**

50.  **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                                                     _____

51.  **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
information................                                                    _____

52.  **Add the dollar value of all of your entries from Part 6, including any entries for pages you have
     attached for Part 6.  Write that number here..........................................................➔   $49,500.00**

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

53.  **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

54.  **Add the dollar value of all of your entries from Part 7.  Write that number here...............➔   $0.00**

**Part 8:   List the Totals of Each Part of this Form**

55.  **Part 1: Total real estate, line 2.......................................................................➔   $365,000.00**

56.  **Part 2: Total vehicles, line 5**                        $100,000.00

57.  **Part 3: Total personal and household items, line 15**    $12,200.00

58.  **Part 4: Total financial assets, line 36**                 $500.00

59.  **Part 5: Total business-related property, line 45**        $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**  $49,500.00

61.  **Part 7: Total other property not listed, line 54**    +    $0.00

62.  **Total personal property.    Add lines 56 through 61..................   $162,200.00**    Copy personal   ➔  +   **$162,200.00**
                                                                              property total

63.  **Total of all property on Schedule A/B.    Add line 55 + line 62.........................................   $527,200.00**

Debtor 1   **Joshua Cornelius**                                    Case number (if known)   **17-20168**

10.  <u>Firearms (details):</u>

| | |
|---|---|
| **410 Shotgun** | $300.00 |
| **270 Rifle** | $1,000.00 |
| **.50 Cal Black Powder Rifle** | $300.00 |
| **.22 Pistol** | $200.00 |
| **S&W Pistol .40 cal.** | $300.00 |
| **20 Guage Shotgun** | $1,000.00 |
| **12 Guage Shotgun** | $400.00 |

**Fill in this information to identify your case:**

Debtor 1    **Joshua**                          **Cornelius**
            First Name      Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **17-20168**
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **874 CR 461 160 Acres** Line from *Schedule A/B*: __1.1__ | $365,000.00 | ☑ $244,400.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description: **2013 Chevrolet Suburban (approx. 50000 miles)** Line from *Schedule A/B*: __3.1__ | $30,000.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☑ No
       ☐ Yes

Debtor 1     __Joshua Cornelius_____     Case number (if known) __17-20168__

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2013 Ford F-350 (approx. 200000 miles)**<br><br>Line from *Schedule A/B*: __3.2__ | **$25,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2012 Chevrolet Silverado 3500**<br><br>Line from *Schedule A/B*: __3.3__ | **$20,000.00** | ☑ **$20,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**2002 Patriot Mobile Home**<br><br>Line from *Schedule A/B*: __4.1__ | **$25,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**Kitchen:**<br>**stove, refrigerator, freezer, dishes, pots, pans, misc. household items, misc. small appliances**<br><br>**Utility room:**<br>**washer and dryer**<br><br>**Dining room:**<br>**dining table and chairs**<br><br>**Living room:**<br>**couches, chair, coffee table, TV, ET center, rugs, lamps, misc.**<br><br>**Bedrooms:**<br>**Bedroom 1: bed, TV, chest of drawers**<br>**Bedroom 2: bed, TV, chest of drawers**<br>**Bedroom 3: bed, chest of drawers**<br><br>**Patio:**<br>**bbq pit; lawn chairs, table**<br><br>**Garage:**<br>**Misc. small hand tools, garden tools and small garden applinaces, junk**<br><br>**Estimated garage sale value used**<br>Line from *Schedule A/B*: __6__ | **$7,700.00** | ☑ **$7,700.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Joshua Cornelius**                                              Case number (if known)   **17-20168**

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Computer**<br>**Laptop**<br>**Tablet**<br>Line from *Schedule A/B*: __7__ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),**<br>**42.002(a)(1)** |
| Brief description:<br>**410 Shotgun**<br>Line from *Schedule A/B*: __10__ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),**<br>**42.002(a)(7)** |
| Brief description:<br>**270 Rifle**<br>Line from *Schedule A/B*: __10__ | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),**<br>**42.002(a)(7)** |
| Brief description:<br>**.50 Cal Black Powder Rifle**<br>Line from *Schedule A/B*: __10__ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),**<br>**42.002(a)(7)** |
| Brief description:<br>**.22 Pistol**<br>Line from *Schedule A/B*: __10__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),**<br>**42.002(a)(7)** |
| Brief description:<br>**S&W Pistol .40 cal.**<br>Line from *Schedule A/B*: __10__ | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),**<br>**42.002(a)(7)** |
| Brief description:<br>**20 Guage Shotgun**<br>Line from *Schedule A/B*: __10__ | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),**<br>**42.002(a)(7)** |
| Brief description:<br>**12 Guage Shotgun**<br>Line from *Schedule A/B*: __10__ | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),**<br>**42.002(a)(7)** |
| Brief description:<br>**Men's Clothing**<br>Line from *Schedule A/B*: __11__ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a),**<br>**42.002(a)(5)** |

Debtor 1    **Joshua Cornelius** _____    Case number (if known)   **17-20168** _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**4 Dogs**<br><br>Line from *Schedule A/B*: __13__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description:<br>**2 Horses**<br><br>Line from *Schedule A/B*: __47__ | $7,500.00 | ☑ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(10)** |
| Brief description:<br>**New Holland Tractor Bushhog Shredder Front End Loader**<br>Line from *Schedule A/B*: __49__ | $42,000.00 | ☑ $42,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(4)** |

**Fill in this information to identify your case:**

Debtor 1    **Joshua**                          **Cornelius**
            First Name          Middle Name      Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name     Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number    **17-20168**
(if known)

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

| 2.1 | | | |
|---|---|---|---|

**21st Mortgage**
Creditor's name
**Attn: Legal**
Number      Street
**P.O. Box 477**

**Knockville      TN    37901**
City           State  ZIP Code

Describe the property that secures the claim:

**2012 Clayton 72x16 Mobile Home**

| | | | |
|---|---|---|---|
| | $24,344.00 | $0.00 | $24,344.00 |

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
    **Mobile Home**

Last 4 digits of account number    **4  5  0  9**

Add the dollar value of your entries in Column A on this page. Write that number here:

| $24,344.00 |
|---|

Debtor 1    **Joshua Cornelius**        Case number (if known)   **17-20168**

| **Part 1:** | **Additional Page** <br> After listing any entries on this page, number them sequentially from the previous page. | *Column A* <br> **Amount of claim** <br> Do not deduct the value of collateral | *Column B* <br> **Value of collateral that supports this claim** | *Column C* <br> **Unsecured portion** <br> If any |
|---|---|---|---|---|

---

**2.2**

**Alphera Financial**
Creditor's name
**P.O. Box 3608**
Number    Street

Describe the property that secures the claim:

**2013 Ford F-350 (approx. 200000 miles)**

           **$53,000.00**            **$25,000.00**            **$28,000.00**

**Dublin**        **OH**    **43016-0306**
City           State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
        **Purchase Money**

Last 4 digits of account number ___ ___ ___ ___

---

**2.3**

**Capital Farm Credit, FLCA - Jourdant**
Creditor's name
**c/o Kevin Lyssy, VP Branch Manager**
Number    Street
**1760 Highway 97 E**

Describe the property that secures the claim:

**130 Acre Homestead**

           **$120,000.00**            **$365,000.00**

**Jourdanton**      **TX**    **78026**
City           State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☑ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
        **Conventional Real Estate Mortgage**

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:

       **$173,000.00**

Debtor 1    **Joshua Cornelius**                                    Case number (if known)   **17-20168**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

---

**2.4**

**Capital Farm Credit, FLCA - Jourdant**
Creditor's name
**c/o Kevin Lyssy, VP Branch Manager**
Number    Street
**1760 Highway 97 E**

Describe the property that secures the claim:

**130 Acre Homestead**

Column A: **$5,000.00**   Column B: **$5,000.00**

**Jourdanton        TX    78026**
City              State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred    **Various**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Mortgage arrears**

Last 4 digits of account number ___ ___ ___ ___

---

**2.5**

**Ditech**
Creditor's name
**P.O. Box 6172**
Number    Street

Describe the property that secures the claim:

**2002 Patriot Mobile Home**

Column A: **$25,000.00**   Column B: **$25,000.00**

**Rapid City        SD    57709-6172**
City              State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

Date debt was incurred    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Purchase Money**

Last 4 digits of account number   **2   1   6   4**

---

Add the dollar value of your entries in Column A on this page.  Write that number here:                **$30,000.00**

Debtor 1 __Joshua Cornelius__                                         Case number (if known) __17-20168__

| Part 1: | Additional Page<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

---

| 2.6 | | Describe the property that secures the claim: | $532,239.15 | $0.00 | $532,239.15 |
|---|---|---|---|---|---|

__Gulf Coast Bank & Trust Company__
Creditor's name
__1110 Hwy 1990 2nd Fl.__
Number     Street

__Trucks and Trailers Owned by CVAC__

_____

__Covington__          __LA__   __70433__
City          State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Personal Guarantee - CVAC, LLC**

**Last 4 digits of account number** ___ ___ ___ ___

| 2.7 | | Describe the property that secures the claim: | $600.00 | $365,000.00 | |
|---|---|---|---|---|---|

__Jim Wells County__
Creditor's name
__c/o Diane W. Sanders__
Number     Street
__Linebarger Goggan Blair & Sampson__

__PO BOX 17428__

__Austin__              __TX__   __78760__
City          State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**2014-2016 Ad Valorem Taxes**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Ad Valorem Taxes**

**Last 4 digits of account number** ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page.  Write that number here:                    | $532,839.15 |

Debtor 1  **Joshua Cornelius**                                    Case number (if known)  **17-20168**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.8**

**Security Service, FCU**
Creditor's name
**P.O. Box 27397**
Number    Street

Describe the property that secures the claim:

**2013 Chevrolet Suburban**

| | $33,516.00 | $30,000.00 | $3,516.00 |

**San Antonio      TX    78227-0397**
City              State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☒ **Check if this claim relates to a community debt**

Date debt was incurred

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)
  **Purchase Money**

Last 4 digits of account number    **5  0  2  1**

---

**2.9**

**Thomas Industries, Inc.**
Creditor's name
**P.O. Box 260196**
Number    Street

Describe the property that secures the claim:

**4 Trucks**

| | $85,000.00 | $0.00 | $85,000.00 |

**Corpus Christi   TX    78426**
City              State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☒ **Check if this claim relates to a community debt**

Date debt was incurred

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)
  **Personal Guarantee - CVAC, LLC**

Last 4 digits of account number    ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:

| **$118,516.00** |

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

| **$878,699.15** |

---

**Fill in this information to identify your case:**

Debtor 1    **Joshua**                          **Cornelius**
            First Name          Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name       Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number    **17-20168**
(if known)

☐ Check if this is an
    amended filing

---

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

---

**Part 1:**     List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.
☑ Yes.

2.   **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| | | **$180,000.00** | **$180,000.00** | **$0.00** |

**2.1**

| **Internal Revenue Service** | |
|---|---|
| Priority Creditor's Name | |
| **Insolvency Group 3** | **Last 4 digits of account number** __ __ __ __ |
| Number          Street | **When was the debt incurred?** _____ |
| **1240 E 9th Street, Room 457** | |
| _____ | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| **Cleveland**       **OH**    **44199** | ☐ Unliquidated |
| City             State   ZIP Code | ☐ Disputed |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Debtor is proposing to pay half of the total liability to the IRS through his chapter 13 plan. He anticipates that offsets from future tax returns, which will be applied as "direct pay" payments will satisfy the remaining balance of the Debt.**

---

Debtor 1     **Joshua Cornelius**                                    Case number (if known)   **17-20168**

| Part 1: | Your PRIORITY Unsecured Claims -- Continuation Page |
|---------|--------------------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

### 2.2

|  | $180,000.00 | $180,000.00 | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
Priority Creditor's Name
**Insolvency Group 3**
Number      Street
**1240 E 9th Street, Room 457**

**Cleveland              OH     44199**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the debt is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify _____

**Debtor is proposing to pay half of the total liability to the IRS through his chapter 13 plan. He anticipates that offsets from future tax returns will satisfy the remaining balance of the Debt.**

### 2.3

|  | $2,325.00 | $2,325.00 | $0.00 |
|---|---|---|---|

**The Perez Law Firm**
Priority Creditor's Name
**4646 Corona, Ste. 165**
Number      Street

**Corpus Christi          TX     78411**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  **04/03/2017**

**As of the date you file, the debt is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [ ] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [x] Other. Specify
  **Attorney fees for this case**

Debtor 1   **Joshua Cornelius** _____   Case number (if known)  **17-20168**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐  No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑  Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

**4.1**

**Ace Cash Express**                                          **Unknown**
Nonpriority Creditor's Name
**1122  E. Main St.**
Number        Street

**Alice                    TX        78332**
City                         State      ZIP Code

**Who incurred the debt?**  Check one.

☐  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☑  At least one of the debtors and another

☑  **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑  No
☐  Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**

☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
   **Goods/Services**

**4.2**

**Adler Tank Rentals**                                       **Unknown**
Nonpriority Creditor's Name
**260 Mack Place**
Number        Street

**South Plainfield          NJ        07080**
City                         State      ZIP Code

**Who incurred the debt?**  Check one.

☐  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☑  At least one of the debtors and another

☑  **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑  No
☐  Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**

☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
   **Goods/Services**

Debtor 1  **Joshua Cornelius**

Case number (if known)  **17-20168**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

Total claim

4.3

Unknown

**Ally Bank**
Nonpriority Creditor's Name
**P.O. Box 951**
Number      Street

**Horsham          PA      19044**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    **3**  **2**  **6**  **1**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify  **Notice Only**

---

4.4

$53,777.00

**Alphera Financial**
Nonpriority Creditor's Name
**P.O. Box 78066**
Number      Street
**Phoenix, AZ**

City                State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    ___  ___  ___  ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify  **Goods/Services**

---

4.5

Unknown

**Bartlett Petroleum**
Nonpriority Creditor's Name
**P.O. Box 1919**
Number      Street

**George West          TX      78861**
City                State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    ___  ___  ___  ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify  **Notice Only**

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1    **Joshua Cornelius**                                    Case number (if known)   **17-20168**

| Part 2: | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.6**

**$0.00**

**Cash Flow Experts**
Nonpriority Creditor's Name
**13138 Leopard**
Number          Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

**Corpus Christi          TX      78410**
City                    State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Notice Only**

---

**4.7**

**Unknown**

**Coldest Drinks in Town**
Nonpriority Creditor's Name
**1010 S. Saint Mary's St.**
Number          Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

**Falfurrias          TX      78355**
City                    State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Goods/Services**

---

**4.8**

**$12,645.00**

**Commercial Credit**
Nonpriority Creditor's Name
**227 West Trade St., Suite 1450**
Number          Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

**Charlotte          NC      28202**
City                    State    ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Goods/Services**

Debtor 1   **Joshua Cornelius**          Case number (if known)   **17-20168**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.                                                           **Total claim**

---

**4.9**                                                                    **$310.00**

**Commonwealth Financial**
Nonpriority Creditor's Name
**245 Main St.**
Number       Street

**Dickson City          PA     18519**
City                         State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Collections**

---

**4.10**                                                                   **$0.00**

**Daimler Trucks North America**
Nonpriority Creditor's Name
**4555 N. Channel Ave**
Number       Street

**Portland          OR     97217**
City                  State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Notice Only**

---

**4.11**                                                                   **$3,350.00**

**General Washout**
Nonpriority Creditor's Name
**4837 W. Hwy 79**
Number       Street

**Jewett          TX     75846**
City                  State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Notice Only**

---

Debtor 1 __Joshua Cornelius_____     Case number (if known) __17-20168__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.12**

| | **$6,513.00** |

**Golden West**
Nonpriority Creditor's Name
**P.O. Box 6127**
Number        Street

_____

**Austin**                    **TX**      **78762**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Goods/Services**

**4.13**

| | **$5,202.00** |

**Henry's Rentals**
Nonpriority Creditor's Name
**511 S. Main St.**
Number        Street

_____

**Cotulla**                   **TX**      **78014**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Goods/Services**

**4.14**

| | **$0.00** |

**Holt Cat**
Nonpriority Creditor's Name
**c/o Tom Kolker**
Number        Street
**1006 E. Cesar Chavez St.**

_____

**Austin**                    **TX**      **78702**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Goods/Services**

Debtor 1  **Joshua Cornelius**                                          Case number (if known)  **17-20168**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.15**

$2,922.00

**LRG**
Nonpriority Creditor's Name
**501 Ellen Trout Dr.**
Number       Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Lufkin**              **TX**      **75901**
City                State    ZIP Code

Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Goods/Services**

---

**4.16**

**Unknown**

**Max Cash Express**
Nonpriority Creditor's Name
**1167 E. FM 468**
Number       Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Cotulla**            **TX**      **78014**
City                State    ZIP Code

Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Notice Only**

---

**4.17**

$16,167.00

**NACM Gulf States**
Nonpriority Creditor's Name
**10887 Wilcrest Dr.**
Number       Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**            **TX**      **77099**
City                State    ZIP Code

Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Goods/Services**

Debtor 1     **Joshua Cornelius**                                            Case number (if known)   **17-20168**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.18**                                                                    **$7,363.00**

**NBIS Construction and Transport Services**
Nonpriority Creditor's Name
**P.O. Box 612662**
Number      Street

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  _____

**Dallas**                    **TX**    **75261**
City                       State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Goods/Services**

**4.19**                                                                    **$3,753.00**

**Nex Trag**
Nonpriority Creditor's Name
**1327 Norh Meadow Pkwy**
Number      Street
**Ste. 150**

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

City                       State   ZIP Code
Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Goods/Services**

**4.20**                                                                    **$162,439.00**

**Nueces Power Equipment**
Nonpriority Creditor's Name
**P.O. Box 4789**
Number      Street

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  _____

**Corpus Christi**          **TX**    **78469**
City                       State   ZIP Code

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Co-Maker with CVAC, LLC**

Debtor 1   **Joshua Cornelius**                                    Case number (if known)   **17-20168**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.21 | | **$4,918.00** |
|---|---|---|

**Wells Fargo Bank Nevada**
Nonpriority Creditor's Name

**P.O. Box 94435**
Number        Street

_____

_____

**Albuquerque        NM    87199**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Line of Credit**

Debtor 1    **Joshua Cornelius**                Case number (if known)    **17-20168**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.   **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only. 28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a.    $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b.    $360,000.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c.    $0.00 |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. +    $2,325.00 |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d.    $362,325.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f.    $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g.    $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h.    $0.00 |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. +    $339,846.00 |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j.    $339,846.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joshua** | | **Cornelius** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** | | | |
| Case number (if known) | **17-20168** | | |

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   | Person or company with whom you have the contract or lease | State what the contract or lease is for |
   |---|---|

**Fill in this information to identify your case:**

| Debtor 1 | **Joshua** | | **Cornelius** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

| Case number (if known) | **17-20168** |
|---|---|

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☐ No. Go to line 3.
   ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☑ No
      ☐ Yes

3. **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G).  Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.1 | **Cornelius, Sarah** | ☑ Schedule D, line **2.1** |
|---|---|---|
| | Name | ☐ Schedule E/F, line _____ |
| | **874 Co. Rd. 461** | ☐ Schedule G, line _____ |
| | Number        Street | **21st Mortgage** |
| | **Alicfe**         **TX**    **78333** | |
| | City        State    ZIP Code | |

| 3.2 | **Cornelius, Sarah** | ☐ Schedule D, line _____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line **4.1** |
| | **874 Co. Rd. 461** | ☐ Schedule G, line _____ |
| | Number        Street | **Ace Cash Express** |
| | **Alicfe**         **TX**    **78333** | |
| | City        State    ZIP Code | |

Debtor 1    **Joshua Cornelius**                                    Case number (if known)  **17-20168**

| ▮ | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**                                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.3 | **Cornelius, Sarah** |
| | Name |

**874 Co. Rd. 461**
Number       Street

**Alicfe**                    **TX**       **78333**
City                         State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.2**
☐ Schedule G, line _____
**Adler Tank Rentals**

| 3.4 | **Cornelius, Sarah** |
| | Name |

**874 Co. Rd. 461**
Number       Street

**Alicfe**                    **TX**       **78333**
City                         State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.3**
☐ Schedule G, line _____
**Ally Bank**

| 3.5 | **Cornelius, Sarah** |
| | Name |

**874 Co. Rd. 461**
Number       Street

**Alicfe**                    **TX**       **78333**
City                         State       ZIP Code

☑ Schedule D, line   **2.2**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Alphera Financial**

| 3.6 | **Cornelius, Sarah** |
| | Name |

**874 Co. Rd. 461**
Number       Street

**Alicfe**                    **TX**       **78333**
City                         State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.4**
☐ Schedule G, line _____
**Alphera Financial**

| 3.7 | **Cornelius, Sarah** |
| | Name |

**874 Co. Rd. 461**
Number       Street

**Alicfe**                    **TX**       **78333**
City                         State       ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.5**
☐ Schedule G, line _____
**Bartlett Petroleum**

| 3.8 | **Cornelius, Sarah** |
| | Name |

**874 Co. Rd. 461**
Number       Street

**Alicfe**                    **TX**       **78333**
City                         State       ZIP Code

☑ Schedule D, line   **2.3**
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Capital Farm Credit, FLCA - Jourdanton**

Debtor 1    **Joshua Cornelius**        Case number (if known)   **17-20168**

## ▊ Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.9**

| **Cornelius, Sarah** |
| Name |
| **874 Co. Rd. 461** |
| Number    Street |

**Alicfe**      **TX**      **78333**
City      State      ZIP Code

- ☑ Schedule D, line   **2.4**
- ☐ Schedule E/F, line
- ☐ Schedule G, line
**Capital Farm Credit, FLCA - Jourdanton**

**3.10**

| **Cornelius, Sarah** |
| Name |
| **874 Co. Rd. 461** |
| Number    Street |

**Alicfe**      **TX**      **78333**
City      State      ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line   **4.6**
- ☐ Schedule G, line
**Cash Flow Experts**

**3.11**

| **Cornelius, Sarah** |
| Name |
| **874 Co. Rd. 461** |
| Number    Street |

**Alicfe**      **TX**      **78333**
City      State      ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line   **4.7**
- ☐ Schedule G, line
**Coldest Drinks in Town**

**3.12**

| **Cornelius, Sarah** |
| Name |
| **874 Co. Rd. 461** |
| Number    Street |

**Alicfe**      **TX**      **78333**
City      State      ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line   **4.8**
- ☐ Schedule G, line
**Commercial Credit**

**3.13**

| **Cornelius, Sarah** |
| Name |
| **874 Co. Rd. 461** |
| Number    Street |

**Alicfe**      **TX**      **78333**
City      State      ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line   **4.9**
- ☐ Schedule G, line
**Commonwealth Financial**

**3.14**

| **Cornelius, Sarah** |
| Name |
| **874 Co. Rd. 461** |
| Number    Street |

**Alicfe**      **TX**      **78333**
City      State      ZIP Code

- ☐ Schedule D, line
- ☑ Schedule E/F, line   **4.10**
- ☐ Schedule G, line
**Daimler Trucks North America**

Debtor 1    **Joshua Cornelius** _____    Case number (if known)   **17-20168**

█████  **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.15 | **Cornelius, Sarah** |
|---|---|

Name
**874 Co. Rd. 461**
Number     Street

**Alicfe**                **TX**        **78333**
City                     State       ZIP Code

☑ Schedule D, line    **2.5**
☐ Schedule E/F, line  _____
☐ Schedule G, line    _____
**Ditech**

| 3.16 | **Cornelius, Sarah** |
|---|---|

Name
**874 Co. Rd. 461**
Number     Street

**Alicfe**                **TX**        **78333**
City                     State       ZIP Code

☐ Schedule D, line    _____
☑ Schedule E/F, line  **4.11**
☐ Schedule G, line    _____
**General Washout**

| 3.17 | **Cornelius, Sarah** |
|---|---|

Name
**874 Co. Rd. 461**
Number     Street

**Alicfe**                **TX**        **78333**
City                     State       ZIP Code

☐ Schedule D, line    _____
☑ Schedule E/F, line  **4.12**
☐ Schedule G, line    _____
**Golden West**

| 3.18 | **Cornelius, Sarah** |
|---|---|

Name
**874 Co. Rd. 461**
Number     Street

**Alicfe**                **TX**        **78333**
City                     State       ZIP Code

☑ Schedule D, line    **2.6**
☐ Schedule E/F, line  _____
☐ Schedule G, line    _____
**Gulf Coast Bank & Trust Company**

| 3.19 | **Cornelius, Sarah** |
|---|---|

Name
**874 Co. Rd. 461**
Number     Street

**Alicfe**                **TX**        **78333**
City                     State       ZIP Code

☐ Schedule D, line    _____
☑ Schedule E/F, line  **4.13**
☐ Schedule G, line    _____
**Henry's Rentals**

| 3.20 | **Cornelius, Sarah** |
|---|---|

Name
**874 Co. Rd. 461**
Number     Street

**Alicfe**                **TX**        **78333**
City                     State       ZIP Code

☐ Schedule D, line    _____
☑ Schedule E/F, line  **4.14**
☐ Schedule G, line    _____
**Holt Cat**

Debtor 1    __Joshua Cornelius__       Case number (if known)   __17-20168__

### Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.21**

Cornelius, Sarah
Name
874 Co. Rd. 461
Number    Street

Alicfe      TX      78333
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __2.1__
- ☐ Schedule G, line _____

**Internal Revenue Service**

**3.22**

Cornelius, Sarah
Name
874 Co. Rd. 461
Number    Street

Alicfe      TX      78333
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __2.2__
- ☐ Schedule G, line _____

**Internal Revenue Service**

**3.23**

Cornelius, Sarah
Name
874 Co. Rd. 461
Number    Street

Alicfe      TX      78333
City      State      ZIP Code

- ☑ Schedule D, line __2.7__
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**Jim Wells County**

**3.24**

Cornelius, Sarah
Name
874 Co. Rd. 461
Number    Street

Alicfe      TX      78333
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.15__
- ☐ Schedule G, line _____

**LRG**

**3.25**

Cornelius, Sarah
Name
874 Co. Rd. 461
Number    Street

Alicfe      TX      78333
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.16__
- ☐ Schedule G, line _____

**Max Cash Express**

**3.26**

Cornelius, Sarah
Name
874 Co. Rd. 461
Number    Street

Alicfe      TX      78333
City      State      ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line __4.17__
- ☐ Schedule G, line _____

**NACM Gulf States**

Debtor 1    __Joshua Cornelius_____    Case number (if known) __17-20168_____

███ **Additional Page to List More Codebtors**

Column 1:  **Your codebtor**                                    Column 2:  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.27 | **Cornelius, Sarah**<br>Name<br>**874 Co. Rd. 461**<br>Number      Street<br><br>**Alicfe**          **TX**      **78333**<br>City              State      ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.18__<br>☐ Schedule G, line _____<br>**NBIS Construction and Transport Services** |

| 3.28 | **Cornelius, Sarah**<br>Name<br>**874 Co. Rd. 461**<br>Number      Street<br><br>**Alicfe**          **TX**      **78333**<br>City              State      ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.19__<br>☐ Schedule G, line _____<br>**Nex Trag** |

| 3.29 | **Cornelius, Sarah**<br>Name<br>**874 Co. Rd. 461**<br>Number      Street<br><br>**Alicfe**          **TX**      **78333**<br>City              State      ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.20__<br>☐ Schedule G, line _____<br>**Nueces Power Equipment** |

| 3.30 | **Cornelius, Sarah**<br>Name<br>**874 Co. Rd. 461**<br>Number      Street<br><br>**Alicfe**          **TX**      **78333**<br>City              State      ZIP Code | ☑ Schedule D, line __2.8__<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____<br>**Security Service, FCU** |

| 3.31 | **Cornelius, Sarah**<br>Name<br>**874 Co. Rd. 461**<br>Number      Street<br><br>**Alicfe**          **TX**      **78333**<br>City              State      ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __2.3__<br>☐ Schedule G, line _____<br>**The Perez Law Firm** |

| 3.32 | **Cornelius, Sarah**<br>Name<br>**874 Co. Rd. 461**<br>Number      Street<br><br>**Alicfe**          **TX**      **78333**<br>City              State      ZIP Code | ☑ Schedule D, line __2.9__<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____<br>**Thomas Industries, Inc.** |

Debtor 1    **Joshua Cornelius** _____    Case number (if known)   **17-20168** _____

## Additional Page to List More Codebtors

_Column 1:_  **Your codebtor**

_Column 2:_  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.33 | **Cornelius, Sarah** |
|---|---|

Name

**874 Co. Rd. 461**

Number    Street

_____

**Alicfe**                    **TX**        **78333**

City                        State       ZIP Code

☐  Schedule D, line _____

☑  Schedule E/F, line    **4.21**

☐  Schedule G, line _____

**Wells Fargo Bank Nevada**

**Fill in this information to identify your case:**

Debtor 1 **Joshua** **Cornelius**
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)
First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-20168**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **1.** | **Fill in your employment information.** | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

**Employment status**

Debtor 1:
☑ Employed
☐ Not employed

Debtor 2 or non-filing spouse:
☑ Employed
☐ Not employed

**Occupation**  Debtor 1: **Self Employed - Trucking**   Debtor 2: **Self Employed**

**Employer's name**

**Employer's address**
Number  Street
Number  Street

City   State   Zip Code   City   State   Zip Code

**How long employed there?**

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | $0.00 |
| **3.** | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | $0.00 | $0.00 |

Debtor 1   **Joshua Cornelius**                                          Case number (if known)  **17-20168**

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ....................................................... ➔ 4. | $0.00 | $0.00 |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | 5a. | Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $0.00 |
| | 5b. | Mandatory contributions for retirement plans | 5b. | $0.00 | $0.00 |
| | 5c. | Voluntary contributions for retirement plans | 5c. | $0.00 | $0.00 |
| | 5d. | Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| | 5e. | Insurance | 5e. | $0.00 | $0.00 |
| | 5f. | Domestic support obligations | 5f. | $0.00 | $0.00 |
| | 5g. | Union dues | 5g. | $0.00 | $0.00 |
| | 5h. | Other deductions. Specify: _____ | 5h.+ | $0.00 | $0.00 |

**6.** **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6.   $0.00   $0.00

**7.** **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.   7.   $0.00   $0.00

**8.** List all other income regularly received:

| | 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. | $8,866.67 | $0.00 |
|---|---|---|---|---|---|

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | 8b. | Interest and dividends | 8b. | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | 8d. | Unemployment compensation | 8d. | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | 8e. | Social Security | 8e. | $0.00 | $0.00 |
| | 8f. | Other government assistance that you regularly receive | | | |

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | Specify: _____ | 8f. | $0.00 | $0.00 |
|---|---|---|---|---|---|
| | 8g. | Pension or retirement income | 8g. | $0.00 | $0.00 |
| | 8h. | Other monthly income. Specify: _____ | 8h.+ | $0.00 | $0.00 |

**9.** **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9.   $8,866.67   $0.00

**10.** **Calculate monthly income.**  Add line 7 + line 9.   10.   $8,866.67   **+**   $0.00   **=**   $8,866.67
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11.   **+**   $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12.   $8,866.67

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain:   Debtor anticipates having additinoal income from cattle sales over the next six months.

Debtor 1  **Joshua Cornelius**  _____  Case number (if known)  **17-20168**  _____

8a.  Attached Statement (Debtor 1)

## Self Employed Trucking Business

**Gross Monthly Income:**                                                                                     **$14,500.00**

| Expense | Category | Amount |
|---|---|---|
| Salaries & Wages | Payroll Expenses | **$1,950.00** |
| Equipment Lease Payments | Equipment Lease | **$500.00** |
| Secured Debt Payments | Debt Payments | **$266.67** |
| Misc - Registration | Misc. Expenses | **$333.33** |
| Utilities | Utilities | **$50.00** |
| Telephone | Telephone | **$116.67** |
| Repairs & Maintenance | Repairs & Maintenance | **$1,000.00** |
| Fuel & Maintenance | Fuel & Maintenance | **$300.00** |
| Office Expenses | Office Supplies & Expense | **$133.33** |
| Advertising | Advertising | **$50.00** |
| Travel & Entertainment | Travel & Entertainment | **$66.67** |
| Accounting & Bookkeeping | Accounting | **$433.33** |
| Legal Fees | Legal Fees | **$250.00** |
| Taxes | Taxes | **$183.33** |

**Total Monthly Expenses**                                                                                    **$5,633.33**

**Net Monthly Income:**                                                                                        **$8,866.67**

| Fill in this information to identify your case: | |
| --- | --- |

**Fill in this information to identify your case:**

| Debtor 1 | **Joshua** | | **Cornelius** |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **17-20168** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent.....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- |
| son | 4 | ☐ No  ☑ Yes |
| son | 2 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

| | | |
| --- | --- | --- |
| 4. | 4. | _____ |
| 4a. Real estate taxes | 4a. | **$50.00** |
| 4b. Property, homeowner's, or renter's insurance | 4b. | _____ |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | _____ |
| 4d. Homeowner's association or condominium dues | 4d. | _____ |

| Debtor 1 | **Joshua Cornelius** | Case number (if known) | **17-20168** |

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$250.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services     **(See continuation sheet(s) for details)** | 6c. | **$210.00** |
| | 6d.  Other.  Specify: _____ | 6d. | |
| 7. | **Food and housekeeping supplies**     **(See continuation sheet(s) for details)** | 7. | **$786.00** |
| 8. | **Childcare and children's education costs**     **(See continuation sheet(s) for details)** | 8. | **$600.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$150.00** |
| 10. | **Personal care products and services** | 10. | **$75.00** |
| 11. | **Medical and dental expenses** | 11. | **$100.00** |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$600.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$65.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | |
| | 15b.  Health insurance | 15b. | |
| | 15c.  Vehicle insurance | 15c. | **$180.67** |
| | 15d.  Other insurance.  Specify: _____ | 15d. | |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | |
| | 17b.  Car payments for Vehicle 2 | 17b. | |
| | 17c.  Other.  Specify: _____ | 17c. | |
| | 17d.  Other.  Specify: _____ | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |

Debtor 1    **Joshua Cornelius** _____    Case number (if known)   **17-20168** _____

**20.**   **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21.**   **Other.**   Specify: _____    21.   **+** _____

**22.**   **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$3,066.67** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$3,066.67** |

**23.**   **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$8,866.67** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | **−** **$3,066.67** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$5,800.00** |

**24.**   **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐   No.

☑   Yes.   Explain here:
> **Debtor anticipates having additional expenses from cattle expenses over the next six months.**

Debtor 1    **Joshua Cornelius**                                              Case number (if known)    **17-20168**

**6c.  Telephone, cell phone, Internet, satellite, and cable services (details):**
**Cell Phones**                                                                                    **$130.00**
**Cable/Internet**                                                                                 **$80.00**

                                                                    Total:    | **$210.00** |

**7.    Food and housekeeping supplies (details):**
**Groceries**                                                                                      **$715.00**
**Housekeeping Products**                                                                           **$71.00**

                                                                    Total:    | **$786.00** |

**8.    Childcare and children's education costs (details):**
**Daycare**                                                                                        **$600.00**

                                                                    Total:    | **$600.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joshua** | | **Cornelius** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-20168**
(if known)

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:    Summarize Your Assets

|  |  | Your assets |
|---|---|---|
|  |  | Value of what you own |
| **1.** | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... | $365,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................... | $162,200.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | $527,200.00 |

## Part 2:    Summarize Your Liabilities

|  |  | Your liabilities |
|---|---|---|
|  |  | Amount you owe |
| **2.** | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | $878,699.15 |
| **3.** | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... | $362,325.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + | $339,846.00 |
| | **Your total liabilities** | $1,580,870.15 |

## Part 3:    Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| **4.** | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of Schedule I............................................................ | $8,866.67 |
| **5.** | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of Schedule J...................................................................... | $3,066.67 |

Debtor 1  **Joshua Cornelius** _____  Case number (if known) __17-20168__

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

   **Total claim**

   From Part 4 on *Schedule E/F,* copy the following:

   9a.  Domestic support obligations.  (Copy line 6a.)  _____

   9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)  _____

   9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)  _____

   9d.  Student loans.  (Copy line 6f.)  _____

   9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)  _____

   9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)  **+** _____

   9g.  **Total.**  Add lines 9a through 9f.  _____

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Joshua**        **Cornelius** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **17-20168** |

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Joshua Cornelius** _____
Joshua Cornelius, Debtor 1

X _____
Signature of Debtor 2

Date **04/14/2017** _____
MM / DD / YYYY

Date _____
MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joshua** | | **Cornelius** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-20168**
(if known)

☐ Check if this is an
   amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1   **Joshua Cornelius**                                    Case number (if known) __17-20168__

| **Part 2:** | **Explain the Sources of Your Income** |

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions,<br>bonuses, tips<br>☒ Operating a business | **$25,000.00** | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2016__ )<br>YYYY | ☐ Wages, commissions,<br>bonuses, tips<br>☒ Operating a business | **$50,000.00** | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2015__ )<br>YYYY | ☒ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | **$127,311.00** | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | |

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☒ No
☐ Yes.  Fill in the details.

Debtor 1    **Joshua Cornelius**                                          Case number (if known)   **17-20168**

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.** **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Capital Farm Credit, FLCA - Jourdanton** | | $10,000.00 | $120,000.00 | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **c/o Kevin Lyssy, VP Branch Manager** | **March, 2017** | | | ☐ Credit card |
| Number    Street | | | | ☐ Loan repayment |
| **1760 Highway 97 E** | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other _____ |
| **Jourdanton**        **TX**    **78026** | | | | |
| City               State   ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Ditech** | | $1,000.00 | $25,000.00 | ☐ Mortgage |
| Creditor's name | | | | ☐ Car |
| **P.O. Box 6172** | **March - April, 2017** | | | ☐ Credit card |
| Number    Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| | | | | ☐ Other _____ |
| **Rapid City**        **SD**    **57709-6172** | | | | |
| City               State   ZIP Code | | | | |

Debtor 1    **Joshua Cornelius**                                    Case number (if known)   **17-20168**

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

    ☑ No
    ☐ Yes.  List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes.  List all payments that benefited an insider.

---

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Carlisle Insurance Agency v. Josh Cornelius, et al** | **Breach of Contract** | **79th District Court** <br> Court Name | ☐ Pending |
| | | | ☐ On appeal |
| Case number  **16-09-56442-CV** | | Number    Street <br> **Jim Wells, County, Texas** | ☑ Concluded |
| | | City               State      ZIP Code | |

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Nueces Farm Center v. Josh D. Cornelius** | **Breach of Contract** | **County Court at Law No. 3** <br> Court Name | ☑ Pending |
| | | | ☐ On appeal |
| Case number  **2015CCV-60542-3** | | Number    Street <br> **Nueces County, Texas** | ☐ Concluded |
| | | City               State      ZIP Code | |

Debtor 1    **Joshua Cornelius**          Case number (if known)   **17-20168**

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Security Service, FCU**<br>Creditor's Name | **'12 Chevrolet Pickup** | **10/2016** | **$25,000.00** |
| **P.O. Box 27397**<br>Number    Street | **Explain what happened** | | |
| | ☑ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| **San Antonio**    **TX**    **78227-0397**<br>City      State    ZIP Code | ☐ Property was garnished. | | |
| | ☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

## Part 6:    List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

Debtor 1    **Joshua Cornelius**                  Case number (if known)    **17-20168**

| **Part 7:** | **List Certain Payments or Transfers** |
| --- | --- |

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☑ No
☐ Yes.  Fill in the details.

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes.  Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes.  Fill in the details.

| **Dos Amigos Gunship** | **Description and value of any property transferred** | **Describe any property or payments received or debts paid in exchange** | **Date transfer was made** |
| --- | --- | --- | --- |
| Person Who Received Transfer | **Approximately 10 Guns** | **$7,500.00** | **11/2016** |
| _____ Number      Street | | | |
| _____ City            State    ZIP Code | | | |
| Person's relationship to you **None** | | | |

| **Pawn Shop** | **Description and value of any property transferred** | **Describe any property or payments received or debts paid in exchange** | **Date transfer was made** |
| --- | --- | --- | --- |
| Person Who Received Transfer | **Misc. Watches & Jewelry** | **Approximately $3,000.00** | **11/2016** |
| _____ Number      Street | | | |
| _____ City            State    ZIP Code | | | |
| Person's relationship to you | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called asset-protection devices.)

☑ No
☐ Yes.  Fill in the details.

Debtor 1  **Joshua Cornelius** _____  Case number (if known) __17-20168__

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes.  Fill in the details.

|  | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **PlainsCapital** <br> Name of Financial Institution <br><br> Number    Street <br><br><br> City              State    ZIP Code | **XXXX-** __ __ __ __ | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | **10/2016** | _____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes.  Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes.  Fill in the details.

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes.  Fill in the details.

Debtor 1   **Joshua Cornelius** _____   Case number (if known)   **17-20168** _____

| **Part 10:** | **Give Details About Environmental Information** |

For the purpose of Part 10, the following definitions apply:

- **Environmental law** means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- **Site** means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- **Hazardous material** means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes.  Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes.  Fill in the details.

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No.  None of the above applies.  Go to Part 12.
☐ Yes.  Check all that apply above and fill in the details below for each business.

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☐ No
☐ Yes.  Fill in the details below.

Debtor 1   **Joshua Cornelius** _____   Case number (if known) __**17-20168**__

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury
that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years,
or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.


**X /s/ Joshua Cornelius** _____   **X** _____

_____Joshua Cornelius, Debtor 1_____                Signature of Debtor 2

Date   __**04/14/2017**__                            Date   _____


**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes


**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____   Attach the *Bankruptcy Petition Preparer's Notice,*
                                                            *Declaration, and Signature*  (Official Form 119).