UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:                                                           CHAPTER 13 PROCEEDING:
JOSHUA CORNELIUS                         17-20168-C-13
DEBTOR

## MOTION TO DISMISS OR CONVERT

A HEARING WILL BE CONDUCTED ON THIS MATTER ON **June 21, 2017** AT **11:00 am** IN U.S. BANKRUPTCY COURT LOCATED AT:

US Bankruptcy Court, 1133 N. Shoreline Blvd., 2nd Floor, Corpus Christi, TX  78401

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY ONE DAYS (21) AS FOLLOWS: 1.  FILE A RESPONSE WITHIN TWENTY ONE DAYS THAT SHOWS THAT THE ABOVE-CITED DEFICIENCY HAS BEEN CURED, OR 2.  FILE A RESPONSE WITHIN TWENTY ONE (21) DAYS THAT SHOWS THAT THE COURT SHOULD ALLOW YOU ADDITIONAL TIME TO CURE THE ABOVE-CITED DEFICIENCY.  OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND DISMISS OR CONVERT YOUR CASE.  IF THE DEFICIENCY IS FOR FAILURE TO FILE TAX RETURNS AND THE CASE IS DISMISSED, YOU WILL NOT BE ALLOWED TO FILE ANOTHER BANKRUPTCY CASE UNTIL ALL OF YOUR RETURNS ARE FILED.  IF YOU ARE PROPOSING TO MODIFY THE PLAN TO CURE DEFICIENCIES, YOU MUST MAKE A PLAN PAYMENT IN THE NEW AMOUNT BEFORE THE HEARING OR YOUR CASE MAY BE DISMISSED.

COMES NOW Cindy Boudloche, Trustee, and moves the Court for an Order dismissing the Debtor's case as follows:

1.      The Debtor's noncontingent, liquidated debts exceed the limitations set out in Section 109(e) of the Bankruptcy Code and therefore the Debtor is ineligible for relief under Chapter 13.

WHEREFORE the Trustee prays that the case be dismissed or converted to Chapter 7, whichever shall be determined in the best interest of creditors.

Dated: May 18, 2017                                    Respectfully Submitted:

                                                                         /s/  Cindy Boudloche

                                                                       CINDY BOUDLOCHE, Trustee
                                                                       555 N. Carancahua  Ste 600
                                                                       Corpus Christi, TX  78401-0823
                                                                       (361) 883-5786 phone
                                                                       (361) 888-4126 fax

#467

## CERTIFICATE OF SERVICE

I Certify that on or about May 18, 2017, a copy of the foregoing pleading was served electronically on all parties requesting electronic notice or by United States Mail to the Debtor, Debtor's Counsel and all parties listed below:

/s/ Cindy Boudloche

Cindy Boudloche, Trustee

JOSHUA D CORNELIUS
PO BOX 4172
ALICE, TX  78332

CAVADA LAW OFFICE
4646 CORONA DR STE 165
CORPUS CHRISTI, TX  78411

**Parties Requesting 2002 Notice**

ASCENSION CAPITAL GROUP
PO BOX 165028
IRVING, TX  75016

LINEBARGER GOGGAN BLAIR
& SAMPSON LLP
PO BOX 17428
AUSTIN, TX  78760-7428

HUSCH BLACKWELL LLP
111 CONGRESS AVENUE SUITE 1400
AUSTIN, TX  78701

#467