IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE: Cornelius, Joshua                               CASE NO: 17-20168
                                                       CHAPTER 13

      DEBTOR(S)

## RESPONSE TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE AND REQUEST FOR HEARING
(THIS MOTION RESPONDS TO DOCKET NO. 28)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES, Joshua Cornelius ("Debtors"), in the above captioned Chapter 13 bankruptcy case, and filed this Response to the Chapter 13 Trustee's Motion to Dismiss and Request for Hearing, the "Motion" and would show as follows.

Debtors will make the payments or file the necessary amendments to satisfy the requests of the Chapter 13 Trustee. The Debtors request that a hearing be held in connection with this matter.

**WHEREFORE**, Debtor(s) pray that after hearing this matter, the Court deny the Chapter 13 Trustee's Motion to Dismiss and grant Debtors any all relief to which the Debtor(s) may justly be entitled.

Respectfully Submitted:

**/s/ ADELITA CAVADA**
SBOT 24084882
The Perez Law Firm
4646 Corona, Suite 165
Corpus Christi, TX 78411
Phone: (361) 814-6500
Fax (361) 814-8618

CERTIFICATE OF SERVICE

    I hereby certify that on <u>May 23, 2017,</u> a true and correct copy of the foregoing was served by first class mail, postage prepaid on the Debtor(s), the U. S. Trustee, and the Chapter 13 Trustee, and to all Creditors and interested parties shown below or on any attached list, unless party otherwise receives electronic notice of the filing from the Clerk of the Court.

Date:May 23, 2017                                              <u>/S/ Adelita Cavada</u>