UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:   **Joshua Cornelius**　　　　　　　　　　　　CASE NO.   **17-20168**

　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER   **13**

### Certificate of Service

NOTICE OF RE-SET 341 (a) MEETING RESET DATE

A meeting of creditors is RESET with the Chapter 13 Trustee, Cindy Boudloche, located at 555 N. Caranchua, Suite 600, Corpus Christi, TX, at 2:00 p.m. on June 20, 2017.

CERTIFICATE OF SERVICE

I hereby certify that on 5/24/2017 a true and correct copy of this Notice of 341 (a) Meeting Reset Date was service via regular U.S. Mail, postage pre-paid on the U.S. Trustee, the Chapter 13 Trustee, and all Creditors and interested parties shown below or on any attached list.

Date:   **5/24/2017**　　　　　　　　　　　　　　/s/ Adelita Cavada
　　　　　　　　　　　　　　　　　　　　　　　**Adelita Cavada**
　　　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor(s)

| 21st Mortgage | Ally Bank | Bartlett Petroleum |
| 4509 | 3261 | P.O. Box 1919 |
| Attn: Legal | P.O. Box 951 | George West, Texas 78861 |
| P.O. Box 477 | Horsham, PA 19044 | |
| Knockville, TN 37901 | | |

| Ace Cash Express | Alphera Financial | Capital Farm Credit, FLCA - Jourdanton |
| 1122 E. Main St. | P.O. Box 3608 | c/o Kevin Lyssy, VP Branch Manager |
| Alice, Texas 78332 | Dublin, OH 43016-0306 | 1760 Highway 97 E |
| | | Jourdanton, Texas 78026 |

| Adler Tank Rentals | Alphera Financial | Cash Flow Experts |
| 260 Mack Place | P.O. Box 78066 | 13138 Leopard |
| South Plainfield, NJ 07080 | Phoenix, AZ | Corpus Christi, Texas 78410 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:  **Joshua Cornelius**                                   CASE NO.  **17-20168**

                                                               CHAPTER  **13**

## Certificate of Service

(Continuation Sheet #1)

---

| | | |
|---|---|---|
| Cindy Boudloche, Trustee<br>555 N. Carancahua, Ste 600<br>Corpus Christi,Tx 78478 | Golden West<br>P.O. Box 6127<br>Austin, Texas 78762 | Jim Wells County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>PO BOX 17428<br>Austin, TX 78760 |
| Coldest Drinks in Town<br>1010 S. Saint Mary's St.<br>Falfurrias, Texas 78355 | Gulf Coast Bank & Trust Company<br>1110 Hwy 1990 2nd Fl.<br>Covington, LA 70433 | LRG<br>501 Ellen Trout Dr.<br>Lufkin, Texas 75901 |
| Commercial Credit<br>227 West Trade St., Suite 1450<br>Charlotte, NC 28202 | Henry's Rentals<br>511 S. Main St.<br>Cotulla, Texas 78014 | Max Cash Express<br>1167 E. FM 468<br>Cotulla, Texas 78014 |
| Commonwealth Financial<br>245 Main St.<br>Dickson City, PA 18519 | Holt Cat<br>c/o Tom Kolker<br>1006 E. Cesar Chavez St.<br>Austin, Texas 78702 | NACM Gulf States<br>10887 Wilcrest Dr.<br>Houston, Texas 77099 |
| Daimler Trucks North America<br>4555 N. Channel Ave<br>Portland, OR 97217 | Internal Revenue Service<br>Insolvency Group 3<br>1240 E 9th Street, Room 457<br>Cleveland, OH 44199 | National Bankruptcy Department<br>PO Box 537901<br>Livonia, MI 48153-7901 |
| Ditech<br>2164<br>P.O. Box 6172<br>Rapid City, SD 57709-6172 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-1294 | NBIS Construction and Transport Services<br>P.O. Box 612662<br>Dallas, Texas 75261 |
| General Washout<br>4837 W. Hwy 79<br>Jewett, TX 75846 | Internal Revenue Service<br>PO Box 7346<br>Philaelphia, PA 19101 | Nex Trag<br>1327 Norh Meadow Pkwy<br>Ste. 150 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:  **Joshua Cornelius**  CASE NO.  **17-20168**

CHAPTER  **13**

## Certificate of Service

(Continuation Sheet #2)

---

Nueces Power Equipment
P.O. Box 4789
Corpus Christi, Texas 78469

Wells Fargo Bank Nevada
P.O. Box 94435
Albuquerque, NM 87199

Sarah Cornelius
P.O. Box 4172
Alice, TX 78332

Security Service, FCU
5021
P.O. Box 27397
San Antonio, Texas 78227-0397

Texas Comptroller of Public Accounts
Bankruptcy Division
PO Box 13528
Austin, Tx 78711

Texas Workforce Commission
TWC Building
Austin, Tx 78778

Thomas Industries, Inc.
P.O. Box 260196
Corpus Christi, Texas 78426

US Trustee
606 N. Carancuhua
Corpus Christi, Tx 78401-0680