UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE: **Joshua Cornelius**　　　　　　　　　　　CASE NO. **17-20168**

　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **13**

### Certificate of Service

NOTICE OF RE-SET 341 (a) MEETING RESET DATE

A meeting of creditors is RESET with the Chapter 13 Trustee, Cindy Boudloche, located at 606 N. Caranchua, Suite 1107, Corpus Christi, TX, at 1:00 p.m. on July 25, 2017.

CERTIFICATE OF SERVICE

I hereby certify that on 6/26/2017 a true and correct copy of this Notice of 341 (a) Meeting Reset Date was service via regular U.S. Mail, postage pre-paid on the U.S. Trustee, the Chapter 13 Trustee, and all Creditors and interested parties shown below or on any attached list.

Date: **6/26/2017**　　　　　　　　　　　　　　　/s/ Adelita Cavada
　　　　　　　　　　　　　　　　　　　　　　　　**Adelita Cavada**
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor(s)

| | | |
|---|---|---|
| 21st Mortgage<br>4509<br>Attn: Legal<br>P.O. Box 477<br>Knockville, TN 37901 | Ally Bank<br>3261<br>P.O. Box 951<br>Horsham, PA 19044 | Bartlett Petroleum<br>P.O. Box 1919<br>George West, Texas 78861 |
| Ace Cash Express<br>1122 E. Main St.<br>Alice, Texas 78332 | Alphera Financial<br>P.O. Box 3608<br>Dublin, OH 43016-0306 | Capital Farm Credit, FLCA - Jourdanton<br>c/o Kevin Lyssy, VP Branch Manager<br>1760 Highway 97 E<br>Jourdanton, Texas 78026 |
| Adler Tank Rentals<br>260 Mack Place<br>South Plainfield, NJ 07080 | Alphera Financial<br>P.O. Box 78066<br>Phoenix, AZ | Cash Flow Experts<br>13138 Leopard<br>Corpus Christi, Texas 78410 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE: **Joshua Cornelius**　　　　　　　　　　　　CASE NO. **17-20168**

　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **13**

## Certificate of Service

(Continuation Sheet #1)

---

| | | |
|---|---|---|
| Cindy Boudloche, Trustee<br>555 N. Carancahua, Ste 600<br>Corpus Christi,Tx 78478 | Golden West<br>P.O. Box 6127<br>Austin, Texas 78762 | Jim Wells County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>PO BOX 17428<br>Austin, TX 78760 |
| Coldest Drinks in Town<br>1010 S. Saint Mary's St.<br>Falfurrias, Texas 78355 | Gulf Coast Bank & Trust Company<br>1110 Hwy 1990 2nd Fl.<br>Covington, LA 70433 | LRG<br>501 Ellen Trout Dr.<br>Lufkin, Texas 75901 |
| Commercial Credit<br>227 West Trade St., Suite 1450<br>Charlotte, NC 28202 | Henry's Rentals<br>511 S. Main St.<br>Cotulla, Texas 78014 | Max Cash Express<br>1167 E. FM 468<br>Cotulla, Texas 78014 |
| Commonwealth Financial<br>245 Main St.<br>Dickson City, PA 18519 | Holt Cat<br>c/o Tom Kolker<br>1006 E. Cesar Chavez St.<br>Austin, Texas 78702 | NACM Gulf States<br>10887 Wilcrest Dr.<br>Houston, Texas 77099 |
| Daimler Trucks North America<br>4555 N. Channel Ave<br>Portland, OR 97217 | Internal Revenue Service<br>Insolvency Group 3<br>1240 E 9th Street, Room 457<br>Cleveland, OH 44199 | National Bankruptcy Department<br>PO Box 537901<br>Livonia, MI 48153-7901 |
| Ditech<br>2164<br>P.O. Box 6172<br>Rapid City, SD 57709-6172 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-1294 | NBIS Construction and Transport Services<br>P.O. Box 612662<br>Dallas, Texas 75261 |
| General Washout<br>4837 W. Hwy 79<br>Jewett, TX 75846 | Internal Revenue Service<br>PO Box 7346<br>Philaelphia, PA 19101 | Nex Trag<br>1327 Norh Meadow Pkwy<br>Ste. 150 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:   **Joshua Cornelius**              CASE NO.   **17-20168**

                                           CHAPTER    **13**

## Certificate of Service

(Continuation Sheet #2)

---

Nueces Power Equipment
P.O. Box 4789
Corpus Christi, Texas 78469

Wells Fargo Bank Nevada
P.O. Box 94435
Albuquerque, NM 87199


Sarah Cornelius
P.O. Box 4172
Alice, TX 78332


Security Service, FCU
5021
P.O. Box 27397
San Antonio, Texas 78227-0397


Texas Comptroller of Public Accounts
Bankruptcy Division
PO Box 13528
Austin, Tx 78711


Texas Workforce Commission
TWC Building
Austin, Tx 78778


Thomas Industries, Inc.
P.O. Box 260196
Corpus Christi, Texas 78426


US Trustee
606 N. Carancuhua
Corpus Christi, Tx 78401-0680