IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-20168 |
| | § | |
| JOSHUA D. CORNELIUS, | § | CHAPTER 13 |
| | § | |
| Debtor. | § | |

DEBTOR'S NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

COMES NOW Joshua D. Cornelius, Debtor herein, requesting that the Court grant Debtor's Notice of Voluntary Dismissal of Chapter 13 Case with prejudice. Debtor no longer wishes to be in the Chapter 13 proceeding.

Debtor has negotiated an agreement with the mortgage company. The mortgage company will stop all foreclosure proceedings against Debtor's homestead in exchange for the Debtor's promise to pay an agreed upon sum of money, voluntarily dismiss this bankruptcy case with prejudice, and agree that Debtor and Debtor's spouse, Sarah Cornelius, will not file for bankruptcy for at least 18 months from the date the order to dismiss is signed.

Debtor is entitled to a dismissal pursuant to 11 U.S.C. 1307 and requests that this Court dismiss this case under the terms proposed above.

WHEREFORE, Debtor prays that the Court dismiss this Chapter 13 bankruptcy case with prejudice.

Respectfully submitted,

/s/ *Adelita Cavada*
Adelita Cavada, TBN 24084882
4646 Corona, Ste. 165
Corpus Christi, Texas 78411
361.814.6500 Telephone
361.814.8618 Facsimile
adelita.cavada@cavadalawoffice.com

CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing was served by first class mail, postage prepaid on the Debtor(s), the Chapter 13 Trustee, the U.S. Trustee, to all creditors and other interested parties via ECF and all parties shown below unless party otherwise receives electronic notice of the filing from the Clerk of the Court.

Date: July 5, 2017                                              /s/ *Adelita Cavada*

Ace Cash Express
1122 E. Main St.
Alice, Texas 78332

Adler Tank Rentals
260 Mack Place
South Plainfield, NJ 07080

Coldest Drinks in Town
1010 S. Saint Mary's St.
Falfurrias, Texas 78355

Internal Revenue Service
Insolvency Group 3
1240 E 9th Street, Room 457
Cleveland, OH 44199

Ally Bank
P.O. Box 951
Horsham, PA 19044

Alphera Financial
P.O. Box 3608
Dublin, OH 43016-0306

Alphera Financial
P.O. Box 78066
Phoenix, AZ

Bartlett Petroleum
P.O. Box 1919
George West, Texas 78861

Cash Flow Experts
13138 Leopard
Corpus Christi, Texas 78410

Commercial Credit
227 West Trade St., Suite 1450
Charlotte, NC 28202

Commonwealth Financial
245 Main St.
Dickson City, PA 18519

Daimler Trucks North America
4555 N. Channel Ave
Portland, OR 97217

Ditech
P.O. Box 6172
Rapid City, SD 57709-6172

General Washout
4837 W. Hwy 79
Jewett, TX 75846

Golden West
P.O. Box 6127
Austin, Texas 78762

Henry's Rentals
511 S. Main St.
Cotulla, Texas 78014

Holt Cat
c/o Tom Kolker
1006 E. Cesar Chavez St.
Austin, Texas 78702

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-1294

Internal Revenue Service
PO Box 7346
Philaelphia, PA 19101

LRG
501 Ellen Trout Dr.
Lufkin, Texas 75901

Max Cash Express
1167 E. FM 468
Cotulla, Texas 78014

NACM Gulf States
10887 Wilcrest Dr.
Houston, Texas 77099

National Bankruptcy Department
PO Box 537901
Livonia, MI 48153-7901

NBIS Construction and Transport
P.O. Box 612662
Dallas, Texas 75261

Nex Trag
1327 Norh Meadow Pkwy
Ste. 150
Roswell, GA 30076

Nueces Power Equipment
P.O. Box 4789
Corpus Christi, Texas 78469

Security Service, FCU
P.O. Box 27397
San Antonio, Texas 78227-0397

Texas Comptroller of Public Accounts
Bankruptcy Division
PO Box 13528
Austin, Tx 78711

Texas Workforce Commission
TWC Building
Austin, Tx 78778

Thomas Industries, Inc.
P.O. Box 260196
Corpus Christi, Texas 78426

Wells Fargo Bank Nevada
P.O. Box 94435
Albuquerque, NM 87199

**BY ECF**

Cindy Boudloche
Chapter 13 Trustee

US Trustee

Lynn Hamilton Butler
on behalf of Creditor Gulf Coast Business Credit

Bryan T Davis
on behalf of Creditor Capital Farm Credit, FLCA

Katherine T. Hopkins
on behalf of Creditor Capital Farm Credit, FLCA

Kerry L Haliburton
on behalf of Creditor BMW Financial Services NA, LLC

Diane Wade Sanders
on behalf of Creditor Jim Wells CAD

Jamie Elizabeth Silver
on behalf of Creditor 21st Mortgage Corporation