

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
07/17/2017

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-20168 |
| | § | |
| JOSHUA D. CORNELIUS, | § | CHAPTER 13 |
| | § | |
| Debtor. | § | |

### ORDER TO DISMISS CHAPTER 13 CASE

On this date came to be considered Debtor's Notice of Voluntary Dismissal of Chapter 13 Case.

The Court finds that the Notice is well taken and should be granted.

IT IS HEREBY ORDERED that the above styled Chapter 13 case is dismissed with prejudice.

Signed:

July 17, 2017

_____
Marvin Isgur
United States Bankruptcy Judge